UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GROW'S MARINE, INC.,

    Plaintiff,

v.                                          Case No. 1:08-CV-1120

AMERICAN HONDA MOTOR CO., INC.,      HON. GORDON J. QUIST

    Defendant.
_____/

# JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on August 19, 2010. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 19, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** with prejudice and without costs to any party.

This case is **concluded**.


Dated: September 8, 2010                          /s/ Gordon J. Quist
                                                                GORDON J. QUIST
                                              UNITED STATES DISTRICT JUDGE